UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO:1:15-cv-21757 (RNS)
Magistrate: Alicia M. Otazo-Reyes

SANTIAGO QUICENO and all others :
similarly situated under 29 U.S.C. 216(b), :
                                          :
     Plaintiff,                        :
                                          :
vs.                                       :
                                          :
BROWARD LOCK & SAFE CO.                   :
JASON B. MAXSON,                          :
     Defendants.
_____/

**DEFENDANT JASON B. MAXSON, AND BROWARD
LOCK & SAFE CO.'S  JOINT MOTION TO DISMISS**

     Defendant, JASON B MAXSON,, and BROWARD LOCK & SAFE CO.  by and through his undersigned attorney, and jointly moves this Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure  to dismiss this  action on the grounds that plaintiff has failed to state a claim and has failed to plead  with the  requisite particular party. In support of this motion, the Court is respectfully referred to the memorandum of law filed in support of this motion, the exhibits attached his motion,  and the entire record of the case.

Date: July 6,  2015

Respectfully submitted,
LAW OFFICES OF SCOTT LEVINE, P.A.
Scott S. Levine, Esq.
Counsel for Defendants
1655 North Park Drive, Suite 202
Weston, Florida 33326
Tel: (954) 510-3100
Fax: (866) 703-5508

By:   /s/ Scott S. Levine
    SCOTT S. LEVINE, ESQ.
    Florida Bar No. 876682
     sslevine@msn.com

## CERTIFICATE OF SERVICE

I, Scott Levine, hereby certify that on this the 6th day of July 2015.  I caused the foregoing to be filed via the Court's ECF System.

                                                  Respectfully submitted,

                                                  /s/ Scott S. Levine
SCOTT S. LEVINE, ESQ. (Florida Bar No. 876682)
sslevine@msn.com
LAW OFFICES OF SCOTT LEVINE, P.A.
Counsel for Defendants
1655 North Commerce Parkway, Suite 202
Weston, Florida 33326
Tel: (954) 510-3100
Fax: (866) 703-5508