Respectfully submitted,